# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BUTTRAM, | : | Case No. 1:20-cv-154 |
| Plaintiff, | : : : | Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |
| vs. | : : | |
| SHERIFF, HAMILTON COUNTY, *et al.*, | : : : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 3) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on April 9, 2020, submitted a Report and Recommendation. (Doc. 3). No objections were filed.[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

---

[1] The Court notes that the Report and Recommendation was returned as undeliverable. (Doc. 3). Yet a pro se litigant has an affirmative duty to diligently pursue this prosecution of his action, *see Jourdan v. Jabe,* 951 F.2d 108, 109 (6th Cir. 1991), as well as a duty to supply the court with notice of any and all changes in his address. *See Barber v. Runyon,* No. 93-6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994) (citing *Pena v. Seguros La Comercial, S.A.,* 770 F.2d 811, 815 (9th Cir. 1985)). Therefore, even if the Plaintiff has not received the Report and Recommendation, it is due to his failure to supply the Court with an updated address.

determine that the Report and Recommendation (Doc. 3) should be and is hereby

**ADOPTED** in its entirety.

    Accordingly, for the reasons stated above:

1) This case is **DISMISSED** for lack of prosecution.

2) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

    **IT IS SO ORDERED.**

Date:   9/29/2020                                         *s/Timothy S. Black*
                                                                       Timothy S. Black
                                                                       United States District Judge